(122 So. 311)

### Robert McKENZIE v. STATE. (7 Div. 885.)

Supreme Court of Alabama. May 9, 1929.

Merrill & Jones, of Anniston, for petitioner. Charlie C. McCall, Atty. Gen., for the State.

ANDERSON, C. J. Petition of Robert McKenzie for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in McKenzie v. State, 122 So. 310.

Writ denied.

SAYRE, THOMAS, and BROWN, JJ., concur.